**WRONA LAW FIRM, P.C.**
S. Brook Millard (#7415)
11650 So. State St., Ste. 103
Draper, UT 84020
Telephone: (801) 676-5252
Facsimile: (801) 676-5262

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ELIZABETH WOOD,** individually and as personal representative of the **ESTATE OF BRIAN WOOD, JERRY WOOD AND BECKY WOOD.**<br><br>      Plaintiffs,<br><br>vs.<br><br>**FARMINGTON CITY,** a Utah municipal corporation; **DAVIS COUNTY,** a political subdivision of the State of Utah; and **SALT LAKE CITY,** a Utah municipal corporation; and **JOSHUA BOUCHER**, an individual.<br><br>      Defendants. | **NOTICE OF CONVENTIONAL FILING OF ALL EXHIBITS TO THE MEMORANDUM IN OPPOSITION TO DEFENDANT JOSHUA BOUCHER'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:10-cv-00933-SA<br><br>Honorable Judge Dee Benson |

Plaintiffs by and through their counsel of record, hereby notifies the Court and opposing counsel that a copy of all exhibits pertaining to Plaintiff's Memorandum in Opposition to Defendant Joshua Boucher's Motion for Summary Judgment which include video recordings on compact disc, sensitive photographs and all other exhibits will be conventionally filed with the Court and provided to opposing counsel, for the convenience of all parties.

DATED this 20th day of January, 2012

                                    /s/ S. Brook Millard
                                    S. Brook Millard
                                    Attorney for Plaintiffs

## CERTIFICIATE OF SERVICE

I HEREBY certify that I caused a true and correct copy of the foregoing Notice to be sent via electronic mail on this 20th day of January, 2012 to the following:

Allan L. Larson
Heather S. White
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for Farmington City*

Peter Stirba
Julia D. Kyte
STIRBA & ASSOCIATES
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
*Attorneys for Davis County and Joshua Boucher*

J. Wesley Robinson
SALT LAKE CITY CORPORATION
PO Box 145478
451 S. State Street, Suite 505
Salt Lake City, UT 84114-5478
*Attorneys for Salt Lake City*

                                    __s/ S. Brook Millard_____